

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00540-CV

Levi and Michelle **MCKENZIE**,
Appellants

v.

**COMMUNITY NATIONAL BANK**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-05-21843-CV
The Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against Appellants Levi and Michelle McKenzie.

SIGNED October 29, 2014.

_____
Karen Angelini, Justice